ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULIO CESAR FELIX BELTRAN,

Defendant.

CASE NO. 1:19-CR-00261

UNITED STATES' APPLICATION TO UNSEAL INDICTMENT

The United States hereby moves this Court to unseal the Indictment and Arrest Warrant in this matter. On October 13, 2026, defendant was arreseted at the El Centro Port of Entry. Defendant is scheduled for an Arraignment on October 14, 2026. Therefore, the Indictment must be unsealed in order to advise the defendant in open court of the charges against him.

DATED: October 14, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

/s/ *Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JULIO CESAR FELIX BELTRAN, Defendant. | CASE NO. 1:19-CR-00261 **UNSEALING ORDER** |

Good cause due to the defendant's pending Arraignment on the Indictment in the Southern District of California, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE